

U.S. District Court-Clerk
Eastern District of Texas
211 W. Ferguson St.
Tyler, TX 75702

Artie Armour 326387
Coffield Unit
2661 FM 2054
Tennessee Colony, TX 75884

Dear Clerk,

Please accept this as a request for an extension of time to pay my partial filing fee. My unit has been on lockdown, which caused me to be unable to get to the law library to take care of the paperwork.

Thanking You In Advance.

Sincerely,
Artie Armour
ARTIE ARMOUR

Artie Armour #32638?
Coffield Unit
2661 FM 2054
Tenn. Colony, TX 75884

LEGAL

CLERK U.S. DISTRICT COURT
NOV 28 2018
EASTERN DIST. OF TEXAS

U.S. District Court Clerk
Eastern District of Texas
211 W. Ferguson St.
Tyler, TX 75702