# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

## ORDER TRANSFERRING CASES

For effective case disposition and equalization of caseloads, the following Tyler cases are hereby **ORDERED** transferred to the docket of United States District Judge Thad Heartfield effective immediately.

| | |
|---|---|
| 6:18-cv-00534 | Williams v. Ms. Fronter, et al |
| 6:18-cv-00535 | Armour V. Davis, et al |
| 6:18-cv-00536 | Farrar v. Berryhill |
| 6:18-cv-00537 | Alford v. Kennedy, et al |
| 6:18-cv-00539 | Bailey v. Commissioner, Social Security Administration |
| 6:18-cv-00543 | Alford v. Lacey |
| 6:18-cv-00547 | Harris v. Collier, et al |
| 6:18-cv-00548 | Roberson v. Jackson, et al |
| 6:18-cv-00549 | Bond v. Davis |
| 6:18-cv-00552 | Kiser, Hocutt, et al |

**So ORDERED and SIGNED this 4th day of December, 2018.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE