Artie Armour #326387
Coffield Unit
2661 FM 2054
Tenn. Colony, TX 75884



Clerk - U.S. District Court
Eastern District of Texas
211 W. Ferguson St.
Tyler, Texas 75702

Dec-20,

RE: Initial Partial Filing Fee in Cause
Armour v. Davis, et al, #6:18cv535

Dear Clerk,
 Please find enclosed my Initial Partial Filing Fee.

Thanking You In Advance.

Sincerely,
Artie Armour
ARTIE ARMOUR

cc: AA/file

Clerk - U.S. District Court
Eastern District of Texas
211 West Ferguson St.
Tyler, Texas 75702

Artie Amon
Coffield Unit
2661 F.M. 2054
Tennessee Colony, Texas 75884

12-21-2018

Dear Clerk,

On this day the initial partial fee was sent too your office.

Sorry for delay.

sincerly,
Artie Amon

Artie Annon #326367
Coffield Unit
2661 F.M. 2054
Tennessee Colony, Texas 75884

CLERK, U.S. DISTRICT COURT
RECEIVED
DEC 26 2018
EASTERN DIST. OF TEXAS

United States District Court
Eastern District of Texas
211 W. Ferguson St.
Tyler, Texas

NORTH TEXAS TX PDC
DALLAS TX 750
24 DEC 2018 PM 4 L

