**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| **ARTIE ARMOUR,** | § | |
| *Plaintiff,* | § | |
| | § | |
| **v.** | § | **CIVIL ACTION No. 6:18-cv-00535** |
| | § | |
| **LORIE DAVIS,** *et al.,* | § | **JURY DEMANDED** |
| *Defendants.* | § | |

## NOTICE OF DEFENDANTS' INITIAL DISCLOSURES TO PLAINTIFF

**TO THE HONORABLE JUDGE OF SAID COURT:**

Defendants Lorie Davis, Bryan Collier, Jeffery Richardson, Patrick Cooper, and Jeffrey

Catoe (Defendants), by and through their attorney of record, the Office of the Attorney General for

the State of Texas, file their Notice of Defendants' Initial Disclosures to Plaintiff pursuant to Rule

26, Fed. R. Civ. P.

        Respectfully submitted,

        **KEN PAXTON**
        Attorney General of Texas

        **JEFFREY C. MATEER**
        First Assistant Attorney General

        **DARREN L. MCCARTY**
        Deputy Attorney General for Civil Litigation

        **SHANNA E. MOLINARE**
        Division Chief
        Law Enforcement Defense Division

        /s/ Colin R. Wood
        **COLIN R. WOOD**
        Assistant Attorney General
        Attorney-in Charge
        Texas State Bar No. 24113466

Law Enforcement Defense Division
Office of the Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
colin.wood@oag.texas.gov
(512) 463-2080 / Fax (512) 370-9388

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I, **COLIN R. WOOD**, Assistant Attorney General of Texas, certify that a correct copy of

the foregoing **Defendants' Initial Disclosures** was by placing same in the United States Mail,

certified mail, postage prepaid, on **July 16, 2019,** addressed to:

**Artie Armour #00326387**                    **CMRRR: 7018 0680 0001 3687 0124**
**Coffield Unit**
**2661 FM 2054**
**Tennessee Colony, TX 75884**
***Plaintiff, pro se***


/s/ Colin R. Wood
**COLIN R. WOOD**
Assistant Attorney General