IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| ARTIE ARMOUR,<br>    *Plaintiff*, | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION No. 6:18-cv-00535 |
| LORIE DAVIS, *et al.*,<br>    *Defendants*. | §<br>§<br>§ | JURY DEMANDED |

## ORDER

On this date the Court considered Defendants Lorie Davis, Bryan Collier, Jeffrey Catoe, Jeffery Richardson, and Patrick Cooper's Motion for Extension of Time to File Motion for Summary Judgment. After considering the motion, the Court is of the opinion that, for the reasons stated therein, this motion should be **GRANTED**.

It is therefore **ORDERED** that the Motion for Extension of time to File Motion for Summary Judgment is hereby **GRANTED**.

It is further **ORDERED** that Defendants' motion for summary judgment shall be due on or before November 22, 2019. No further extensions will be granted.

**So ORDERED and SIGNED this 11th day of September, 2019.**

*/s/ John D. Love*
JOHN D. LOVE
UNITED STATES MAGISTRATE JUDGE